IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LINDA CREGO, | § § | |
| *Plaintiff,* | § § | SA-20-CV-00125-XR |
| vs. | § § | |
| TACO CABANA, INC., | § § | |
| *Defendant.* | § § | |

### ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued an order granting Plaintiff's motion to proceed IFP, ordering Plaintiff's Complaint to be filed, and directing Plaintiff to request issuance of summons because her Complaint contains at least one non-frivolous claim. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 6th day of February, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE